JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTRERN DIVISION

| | |
|---|---|
| DAVID L. MONROE,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. **CV 21-0017-GW-PDx**<br><br>**JUDGMENT** |

On February 22, 23, 24, and 28, 2023, the Court held a Court trial on Plaintiff's Federal Tort Claims Act claim. *See* ECF No. 162. Having found in Defendant United States' favor following the Court trial (*see id.*):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment in this action is entered in favor of Defendants United States of America and against Plaintiff on his sole remaining claim brought pursuant to the Federal Tort Claims Act.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Federal Rule of Civil Procedure 54(d)(1), Defendant United States of America is entitled to recover its costs from Plaintiff.

Dated: April 20, 2023

*[signature]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE